## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **ANDREW WARREN STANTON** | CASE NUMBER **25-MJ-510** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: 3:59 PM |
| Hearing Held: October 8, 2025 at 4:00 PM | Hearing Ended: 4:13 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Benjamin Taibleson
ANDREW WARREN STANTON, in person, and by: Julie Linnen    ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing/Arraignment and Plea set for October 16, 2025 at 10:00 AM**

Maximum Penalties:
Count 1: 10 years imprisonment, $250,000 fine, 3 years SR, $100 SA

Government:
- Discusses history of case and threatening messages/online posts about an FBI agent.
- Discusses nature of online posts and their popularity.
- Veteran with mental health challenges with unsecure rifle in vehicle.
- Evidence is extremely strong. Poses danger to the community.
- Serious risk he would threaten victim.

Defense:
- Detention hearing may not be warranted. Not a presumption case.
- Does not pose serious risk of danger or obstructing justice.
- No history of violence in past.
- Alleged threats with no indication he intended to act on threats.
- No illegal to openly carry firearm in Wisconsin.
- Receiving mental health care and caring for daughter.
- Lives in Kenosha and involved with community.
- Conditions will ensure appearance and protect community.

Court:
- No criminal history.
- Serious offense. Not just vague suggestion. Named officer.

- Weight of evidence is strong.
- Admitted mental health challenges and found with rifle is concerning.
- Orders defendant detained pending trial.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**Bond Status:** ☑ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)